BEFORE THE FIRST DIVISION, DECEMBER 17, 1962

No. 67270.—New York Merchandise Co., Inc. *v.* United States, protests 60/25155, etc. (San Diego).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67271.—New York Merchandise Co., Inc., et al. *v.* United States, protests 62/4497, etc. (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67272.—F. W. Woolworth Company *v.* United States, protests 324298–K, 58/6938, and 58/10871 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of figures in chief value of lead similar in all material respects to those the subject of Abstract 61156, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 17, 1962

No. 67273.—Shreve & Hays, a/c Engine Imports, Inc. *v.* United States, protest 60/28095 (San Diego).

RAO, Judge: When this case was called for trial, counsel for plaintiff moved to amend the protest to allege that certain filter links, invoiced as "S. 1026 12″ Filter Links," should be assessed with duty at "8¾ percent under paragraph 372 or 353, as modified." Counsel further advised the court that if the motion were granted, he would abandon all other claims in the protest.

Counsel for defendant opposed the motion on the ground that it purports to embrace merchandise not covered by the protest, as originally filed; and, in